UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 8:22-cv-02286-JWH-DFM | Date December 28, 2022 |
| Title *Stepping Stones Group, LLC v. Community Roots Academy, et. al.* | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER TO SHOW CAUSE RE:  SUBJECT MATTER JURISDICTION (IN CHAMBERS)**

Plaintiff Stepping Stones Group, LLC ("SSG") commenced this action in December 2022.[1] SSG asserts that this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a).[2] The Court needs more information before it can determine whether SSG is correct.

District courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different states[.]" 28 U.S.C. § 1332. Plaintiffs bear "the burden of demonstrating that the court has subject matter jurisdiction to hear an action." *Nguyen v. Cache Creek Casino Resort*, 2021 WL 22434, at *2 (E.D. Cal. Jan. 4, 2021), *report and recommendation adopted sub nom. Hung Nguyen v. Cache Creek Casino Resort*, 2021 WL 568212 (E.D. Cal. Feb. 16, 2021) (citing *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994)).

---

[1]   *See* Compl. ("Complaint") [ECF No. 1].

[2]   *See id.* at ¶ 4.

The issue here is the citizenship of SSG and Defendant Community Roots Academy ("CRA"), which is a California nonprofit corporation. SSG is a limited liability company, and, therefore, it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Court cannot determine whether the parties are diverse until it knows the citizenship of every owner/member of SSG.

Accordingly, the Court hereby **ORDERS** as follows:

1. SSG is **DIRECTED** to file no later than January 6, 2023, a notice of the names of each owner/member of SSG, as well as the state of citizenship of each of those owners/members.

2. A video hearing on this Order to Show Cause is **SET** for January 20, 2023, at 11:00 a.m.

**IT IS SO ORDERED.**